UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 25-01839-AS | Date | October 29, 2025 |
|---|---|---|---|
| Title | Oasis Financial Services Inc v. Daijavon Gaynair, et al. | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|

| Alma Felix | N/A |
|---|---|
| Deputy Clerk | Court Smart / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None present | None present |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE**

On September 3, 2025, the Court issued an Order Re Scheduling Conference, setting a scheduling conference for November 4, 2025 at 10:00 a.m. (Dkt. No. 33). The parties were ordered to file a joint status report no later than seven days before the scheduling conference—by October 28, 2025. (*Id.*). But on October 28, 2025, counsel for Plaintiff filed a unilateral Rule 26(f) report noting that Defendants' counsel has neither properly responded nor cooperated in the filing of a joint status report as ordered. (Dkt. No. 34 at 1–2). Defendants were previously warned "that any future failure to strictly adhere to applicable rules and procedures, or any Court order, may lead to sanctions, including entering default judgment against Defendants." (Dkt. No. 29 at 5 (citing Fed. R. Civ. P. 11(c), 37; L.R. 7-13, 11-9, 37-4, 83-7)). Rules 16(f) and 37(f) of the Federal Rules of Civil Procedure provide for sanctions because Defendants have apparently disobeyed or disregarded the Court's order (again).

For this reason, Defendants are ORDERED TO SHOW CAUSE IN PERSON why sanctions, including the payment of Plaintiff's reasonable expenses or the striking of Defendants' Answer and entry of default, should not be imposed for Defendants' failure to cooperate in discovery and continued disobedience of rules and orders. *See* Fed. R. Civ. P. 16(f), 37(f). **To that end, Defendants, Defendants' counsel, and Plaintiff's counsel are ORDERED TO APPEAR IN PERSON for a show-cause hearing on November 20, 2025 at 1:00 p.m. in Courtroom 540 of the Roybal Federal Building and United States Courthouse, located at 255 Temple Street, in Los Angeles, California 90012.** Meanwhile, the scheduling conference currently set for November 4, 2025 at 10:00 a.m. is VACATED.

IT IS SO ORDERED.